## DICKSON *v.* MORGAN.

There being sufficient evidence to sustain the verdict and no question of law being involved, there was no abuse of discretion in refusing to grant a new trial.          *Judgment affirmed.*
March 26, 1894. Argued at the last term.

Complaint on note.   Before Judge HENRY.   Walker superior court.   February term, 1892.

The suit was upon a note for $800 with certain credits.   Defendant pleaded *non est factum;* that he purchased of plaintiff land for which he was to pay $800, of which $200 and interest was to fall due in the same year, which he paid before maturity; that he executed his note payable to plaintiff, on which he had made payments aggregating the amount of the credits on the note sued upon; and that the note was for $600, and plaintiff had raised it, for the purpose of defrauding him, by altering 6 to 8 so that the note would read $800.   The evidence was directly. conflicting.   The verdict was for the plaintiff, and defendant moved for a new trial on the grounds that the verdict was contrary to law and evidence.   The motion was overruled.

R. M. W. GLENN, McCUTCHEN & SHUMATE and J. W. MADDOX, for plaintiff in error.

LUMPKIN & SHATTUCK, *contra.*